ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
Kellogg Brown & Root Services, Inc.       )      ASBCA No. 58513
                                          )
Under Contract No. DAAA09-02-D-0007       )

APPEARANCES FOR THE APPELLANT:            Thomas Barrett, Esq.
                                          David Newsome, Jr., Esq.
                                            Counsel

APPEARANCES FOR THE GOVERNMENT:           E. Michael Chiaparas, Esq.
                                            DCMA Chief Trial Attorney
                                          Alexander M. Healy, Esq.
                                            Trial Attorney
                                          Defense Contract Management Agency
                                          Boston, MA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 22 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58513, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals